UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA WOOD,<br>   Plaintiff,<br> v.<br>ACACIA CHIDI, et al.,<br>   Defendants. | Case No. 3:19-cv-04202-JD<br><br>**ORDER OF DISMISSAL** |
| ANDREA WOOD,<br>   Plaintiff,<br> v.<br>EDYTH WILLIAMS, et al.,<br>   Defendants. | Case No. 3:19-cv-04247-JD |

On March 31, 2020, the Court dismissed the complaints in these cases with leave to amend, and ordered plaintiff to file amended complaints, or otherwise respond, by May 1, 2020. Plaintiff did not do so, and has not otherwise communicated with the Court about her case. The Court has considered the factors in *Malone v. United States Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987), and find that they do not weigh against dismissal. Consequently, the actions are dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to follow the Court's orders and for lack of prosecution.

**IT IS SO ORDERED.**

Dated: May 15, 2020

JAMES DONATO
United States District Judge